IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LINDHOUT PROPERTIES LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 21-cv-6048 |
| | ) |
| **EMPLOYERS MUTUAL** | ) |
| **CASUALTY COMPANY,** | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendant, EMPLOYERS MUTUAL CASUALTY COMPANY ("EMC"), hereby files this Notice of Removal of Case No. 2021 L 000106, from the Circuit Court of LaSalle County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and as grounds for its removal states as follows:

**I.      State Court Action Being Removed**

1. The civil action being removed was initiated in the Circuit Court of LaSalle County, Illinois on October 8, 2021, and was assigned case number 2021 L 000106 (the "State Court Action"). A Copy of the State court Action, is attached as **Exhibit B** hereto.

2. This action is removable under 28 U.S.C. § 1441(b) and Defendant's Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(a).

3. EMC was served with the State Court Action on October 15, 2021.

**II.     Diversity Jurisdiction Under 28 U.S.C. § 1332(a)**

4. This Court has original jurisdiction of this action under 28 U.S.C. § 1332(a) as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

5. Lindhout Properties LLC is an Illinois Limited Liability Company whose only members are Richard Lindhout and Cathy Lindhout.

6. Richard Lindhout and Cathy Lindhout are both domiciled in Illinois and are citizens of Illinois.

7. As both members of Lindhout Properties LLC are citizens of Illinois, Lindhout Properties LLC is a citizen of Illinois.

8. EMC is an insurance company organized and existing under the laws of the state of Iowa with its principal place of business located in Des Moines, Iowa, and is a citizen of Iowa.

9. Prior to filing of the State Court Action, Plaintiff demanded well in excess of $75,000 in damages. The amount in controversy exceeds $75,000 exclusive of interests and costs.

## III. Statement of Case and Basis for Removal

10. Defendant EMC is an insurance company that issued two concurrent Commercial Property Policies, policy number 5A9-05-52—20 and 5A9-05-52—21 with effective dates of June 1, 2019 through June 1, 2020 and June 1, 2020 through June 1, 2021, respectively (the "EMC Policies").

11. The EMC Policies insure a property located at 350 W. Marquette Street, Ottawa, LaSalle County, Illinois 61350-1916 (the "Property") subject to the terms and conditions of the EMC Policies.

12. The State Court Action alleges that on or about November 26, 2019, the Property sustained wind damage. The State Court Action further alleges that on August 10, 2020 the Property suffered additional loss as a result of wind.

13. The November 26, 2019 claim was tendered to EMC and the claim was assigned claim number 1595131.

14. The August 10, 2020 claim was tendered to EMC and the claim was assigned claim number 1610861.

15. After completing its investigation, EMC denied coverage for claim number 1595131.

16. After completing its investigation, EMC issued undisputed payments for certain damages asserted in connection with claim number 1610861 and denied coverage for certain other claimed damages.

17. Plaintiff disagrees with the extent of coverage provided and claims that EMC breached its contractual duties in connection with both claim number 1595131 and 1610861. Plaintiff seeks damages for breach of contract as to both claims, damages pursuant to 215 ILCS 5/155, costs of suit, and attorney fees.

**IV.  State Court Process, Pleadings, and Orders and Other Required Attachments**

18. The following documents are attached as required by 28 U.S.C. § 1446(a):

**Exhibit A** -  An index of documents that are being filed with this Notice;

**Exhibit B** -  A copy of the State Court Action;

**Exhibit C** -  Citation for personal service;

**Exhibit D** -  State Court Docket Sheet;

**Exhibit E** -  A list of all counsel of record, including addresses, telephone numbers, and parties represented;

**Exhibit F** - Notice of Filing of Notice of Removal (State Court Filing); and

**Exhibit G -** Civil Cover Sheet

Dated this 12 day of November, 2021.

    Respectfully submitted,

    **TRAUB LIEBERMAN**
    **STRAUS & SHREWSBERRY LLP**

    By: */s/ James M. Eastham*\_\_\_\_\_
    James M. Eastham
    One of the Attorneys for Defendant
    *Employers Mutual Casualty Company*

James M. Eastham (6224853)
Natasha M. Seaton (6336732)
jeastham@tlsslaw.com
nseaton@tlsslaw.com
TRAUB LIEBERMANN STRAUS SHREWSBERRY, LLP
303 West Madison Street
Suite 1200
Chicago, IL 60606
(312) 332-3900
(312) 332-3908 fax