IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDHOUT PROPERTIES, LLC | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) No: 1:21-cv-06048 |
| v. | ) <br> ) |
| EMPLOYERS MUTUAL <br> CASUALTY COMPANY, | ) <br> ) <br> ) |
| Defendant. | ) |

## JOINT STATUS REPORT

NOW COMES Plaintiff, LINDHOUT PROPERTIES, LLC ("Lindhout") and Defendant, EMPLOYERS MUTUAL CASUALTY COMPANY ("EMC"), pursuant to this Honorable Court's Minute Order of June 9, 2022, and hereby submit this Joint Status Report as follows:

1. Lindhout and EMC have reached a settlement agreement to the existing and potential claims, controversies, or disputes between and among them.

2. Lindhout and EMC are in the process of finalizing the settlement documentation, memorializing the particular agreements of this settlement, and awaiting the issuing of settlement checks.

3. Lindhout and EMC anticipate they will be able to finalize the settlement and deliver the documentation over the course of the next couple weeks.

1

4. Lindhout and EMC ask that this Honorable Court set another Joint Status on or after July 17, 2022 at which time the parties shall further advise as to the status of the settlement.

5. Should the settlement be finalized prior to any further status deadline, the parties will submit the appropriate Stipulations.

Dated this 27th day of June, 2022.

Respectfully submitted,

By: /s/ *Damian S. Sullivent*
Damian S. Sullivent
One of the attorneys for the Plaintiff
*Lindhout Properties, LLC*
**FREDERICK W. NESSLER & ASSOCIATES**
1600 West Bay Drive
Largo, FL 33770
(727)333-7093
(813)955-0354
(727)333-7116
dsullivent@nesslerlaw.com
pware@nesslerlaw.com

Jonathan T. Nessler
**FREDERICK W. NESSLER & ASSOCIATES**
536 North Bruns Lane, Suite One
Springfield, IL 62702
(800)727-8010
(217)698-0202
(217)698-0203 (fax)
jtn@nesslerlaw.com

Timothy J. Freiberg
ARDC No. 6284816
**Freiberg Law Offices**
4320 Spring Creek Road
Rockford, IL 61107-
(217)801-2733
(217)698-0203 (fax)
freiberglaw@gmail.com

By: /s/ *James M. Eastham*
James M. Eastham
ARDC No.: 6224853
Attorneys for Defendant
Employers Mutual Casualty Company
**TRAUB LIEBERMANN STRAUS SHREWSBERRY, LLP**
303 West Madison Street, Suite 1200
Chicago, IL 60606
(312) 332-3900
(312) 332-3908 fax
jeastham@tlsslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the forgoing document was filed on June 27, 2022, with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such to all counsel on record.