IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LINDHOUT PROPERTIES LLC** | ) | |
| | ) | **Case No. 1:21-cv-06048** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **EMPLOYERS MUTUAL** | ) | |
| **CASUALTY COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |

**AGREED ORDER**

By mutual consent and agreement, with the Court being advised that this matter has been settled, it is hereby

ORDERED:

1. This matter is hereby dismissed with prejudice, costs paid.

2. Any and all future court dates are hereby stricken.


_____         _____
             DATE                                                                  JUDGE


Prepared by:
Timothy J. Freiberg, attorney for Plaintiff
Freiberg Law Offices
4320 Spring Creek Road
Rockford, IL 61107
(217)801-2733
freiberglaw@gmail.com